IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO. 24-10665

---

ROBERT E. TUITE,

*Plaintiff-Appellant,*

*v.*

CARNIVAL CORPORATION

*Defendant-Appellee.*

---

JOINT MOTION FOR VOLUNTARY DISMISSAL

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

---

# CERTIFICATE OF INTERESTED PERSON AND CORPORATE DISCLOSURE STATEMENT

Black, Michael C., Counsel for Appellant

Carnival Corporation ("CCL"), Appellee

Drahos, Michael J., Counsel for Appellee

Genoese, Ashley N., Counsel for Appellee

GrayRobinson, P.A., Counsel for Appellee

Green, Matthew D., Counsel for Appellant

Jarnagin, Walter Cooper, Counsel for Appellee

Michael C. Black, P.A., Counsel for Appellant

Robert N. Scola, Jr., United States District Judge

Sands Anderson, PC, Counsel for Appellant

Tuite, Robert E., Appellant

Webb, Donnise DeSouza, Attorney for Appellee

## CORPORATE DISCLOSURE STATEMENT

Appellee, CARNIVAL CORPORATION ("CCL"), certifies that the Appellee/Defendant, CARNIVAL CORPORATION, is a publicly traded company and no other publicly held corporation owns more than 10 percent of its stock.

1

## JOINT MOTION FOR VOLUNTARY DISMISSAL

Plaintiff-Appellant Robert E. Tuite, and Defendant-Appellee Carnival Corporation, jointly move this Court for a voluntary dismissal of this appeal, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure and 11th Circuit Rule 42-1(a).

The parties have reached a confidential agreement to settle this matter. Each party will bear their respective costs and attorneys' fees incurred in connection with this appeal.

WHEREFORE, the parties jointly move the Court to dismiss this appeal with prejudice.

Respectfully submitted,

BY:　/s/ Michael C. Black
Michael Charles Black
Michael C. Black, P.A.
Dadeland Square at the Greenery Mall
770 North Kendall Drive
Suite 505
Miami, FL 33156
mblack@marlaw.com
Telephone: 305-271-8301
Fascimile: 305-271-8302

Matthew D. Green
Sands Anderson PC
1111 E. Main Street, Suite 2400
Richmond, VA 23218-1998
mgreen@sandsanderson.com

*Counsel for Plaintiff-Appellant*

BY:　/s/ W. Cooper Jarnagin
Michael J. Drahos
W. Cooper Jarnagin
GrayRobinson, P.A.
515 North Flagler Drive
Suite 650
West Palm Beach, FL 33140
Telephone: 561-268-5727
Fascimile: 561-268-5747

*Counsel for Defendant-Appellee*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

By:     /s/ W. Cooper Jarnagin
         W. Cooper Jarnagin

**CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) and contains 75 words.

This motion complies with the typeface and type style requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared using Microsoft Word 2016 in Times New Roman, 14-point font.

By:     /s/ W. Cooper Jarnagin
         W. Cooper Jarnagin